Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702)385-2220
Fax: (702)384-0394
E-mail: kshonfeld@shookandstone.com

Attorneys for Plaintiff
MARCOS GARCIA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCOS GARCIA, | Case No.: 2:16-cv-01018-APG-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Marcos Garcia and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from August 24, 2016 to September 23, 2016 for Plaintiff to file her Motion for Remand and/or

-1-

1  Reversal, with all other dates in the Court's Order Concerning Review Of Social
2  Security Cases extended accordingly. This is Plaintiff's first request for an
3  extension. This request is made at the request of Plaintiff's counsel after the recent
4  discharge of the attorney originally assigned to this case.  The case has been
5  internally reassigned to attorney Lawrence D. Rohlfing who in the last week
6  prepared briefing to the Ninth Circuit Court of Appeals and another motion in the
7  United States District Court, District of Colorado.  Through the reshuffling of
8  cases, it became apparent that this case had not been properly reassigned or
9  calendared.  Counsel sincerely apologizes to the Court, its staff, and all parties
10 involved for any inconvenience this may have caused.

11 DATE: August 25, 2016          Respectfully submitted,
12                                LAW OFFICES OF LAWRENCE D. ROHLFING
13                                      /s/ Cyrus Safa
14                          BY: _____
                               Cyrus Safa
15                             Attorney for plaintiff Mr. Marcos Garcia

   DATE:  August 25, 2016
16                                DANIEL G. BOGDEN
                                  United States Attorney
17
                                     /s/ Timothy R. Bolin
18
                            BY:_____
19                             Timothy R.  Bolin
                               Assistant United States Attorney
20                             Attorneys for defendant Carolyn W. Colvin
                               |*authorized by e-mail|
21
22
23 IT IS SO ORDERED:    _____
                              UNITED STATES MAGISTRATE JUDGE
24
   DATED:  August 29, 2016
25
26

-2-