DANIEL G. BOGDEN
United States Attorney
District of Nevada

TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCOS GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-01018-APG-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment be extended from October 24, 2016 to November 23, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

///

-2-

Defendant requests this extension due to her attorney's inordinately heavy caseload in October 2016 through November 2016, including 4 other briefs and 1 post-judgment motion due between October 24, 2016 and October 31, 2016 in the United States District Court for the Northern District of California, Eastern District of California, Central District of California and District of Nevada. Defendant's counsel respectfully requests this additional time to review the Administrative Record, and to evaluate and respond to Plaintiff's arguments.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on October 21, 2016.

Respectfully submitted October 21, 2016.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Timothy R. Bolin*
        TIMOTHY R. BOLIN
        Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

BEATRICE NA
Assistant Regional Counsel

        IT IS SO ORDERED:

        _____
        UNITED STATES MAGISTRATE JUDGE
        DATED: October 24, 2016