1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8   MARCOS GARCIA,                          ) Case No.: 2:16-cv-01018-APG-NJK
                                            )
9          Plaintiff,                       )       ORDER AWARDING
                                            ) EQUAL ACCESS TO JUSTICE ACT
10   vs.                                    ) ATTORNEY FEES AND EXPENSES
                                            ) PURSUANT TO 28 U.S.C. § 2412(d)
11   NANCY A. BERRYHILL, Acting             )
     Commissioner of Social Security,       )
12                                          )
           Defendant                        )
13                                          )
                                            )
14   _____       )

15          Based upon the parties' Stipulation for the Award and Payment of Equal

16   Access to Justice Act Fees, Costs, and Expenses:

17          IT IS ORDERED that fees and expenses in the amount of $2,200.00 as

18   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

19   DATE: August 9, 2017

20          _____
                ANDREW P. GORDON
21              UNITED STATES DISTRICT JUDGE

22
23
24
25
26

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Cyrus Safa*

_____
Cyrus Safa
Attorney for plaintiff Marcos Garcia