# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Marcos Garcia

                    Plaintiff,

    v.

Nancy A. Berryhill

                    Defendant.

JUDGMENT ON ATTORNEY'S FEES IN A CIVIL CASE

Case Number: 2:16-cv-01018-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff Marcos Garcia's attorney, Cyrus Safa, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $18,000.00.

FURTHER ORDERED that Cyrus Safa shall reimburse plaintiff Marcos Garcia the amount of $2,200.00 for EAJA fees previously paid by the Commissioner.

 

February 6, 2019                                    DEBRA K. KEMPI
Date                                                         Clerk

                                                                        /s/ M. Morrison
                                                                        Deputy Clerk